FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:07 pm, Dec 08, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KATHERINE ELAINE BLAKE,

   Plaintiff,        Civil Case No.: **2:19-cv-00022-LGW-BWC**

v.

ANDREW SAUL,
Commissioner of Social Security,

   Defendant.

## ORDER

AND NOW this 4 day of December, 2020, it is hereby ORDERED that Plaintiff's Counsel's Petition for Attorney Fees Under the Equal Access to Justice Act (Docket No. 18) is GRANTED and Plaintiff is awarded $7,900.00 in attorney's fees. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exits, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s). If debt does not exist, *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), directs that the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

                     _____
                     United States District Judge